**FILED**

DEC 1 7 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 10CR3451-GT |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| JUAN IGNACIO MENDOZA-NUNEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that the stipulated joint motion requesting the continuance of the sentencing hearing currently set for December 23, 2010 at 9:00 a.m. be continued to January 26, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 12-17-10

_____
UNITED STATE DISTRICT COURT JUDGE